The **UNITED STATES**, Appellant,

v.

**F. B. VANDEGRIFT & CO., INC.,**
Appellee.

Customs Appeal No. 5438.

United States Court of Customs
and Patent Appeals.

Jan. 27, 1972.

L. Patrick Gray, III, Asst. Atty. Gen.,
Andrew P. Vance, Chief, Customs Sec-
tion, Susan C. Cassell, New York City,
for the United States.

Allerton deC. Tompkins, New York
City, for appellee.

Before RICH, ALMOND, BALDWIN,
and LANE, Judges, and RE, Judge,
United States Customs Court, sitting by
designation.

RICH, Judge.

This appeal is from a judgment of the
First Division of the Customs Court,
65 Cust.Ct. 260, C.D. 4086 (1970), sus-
taining appellee's protest against the
classification of certain toothed instru-
ments in chief value of brass, used to
heat-straighten kinky hair, as other
combs valued over $4.50 per gross,
TSUS 750.15. The Customs Court held
that the importations were other hand
tools NSPF of brass, TSUS 651.49, and
the Government does not now argue that
that classification was inappropriate if
the original classification was wrong.

We find that we have little to
add to Judge Rosenstein's careful opin-
ion below, familiarity with which is as-
sumed. Item 750.15 is not an eo nomine
provision encompassing *all* articles which
look like combs or are known as combs;
the word "combs" used therein is de-
fined in the headnote which is a limit-
ing factor in this case. As counsel for
appellee put it in his brief, "For the
government representatives to argue
that a tariff definition should be disre-
garded is so fraught with error as to
warrant no further comment." The
trial court's finding that the instant
goods "process" the hair was a finding
of fact which was fully supported by

the evidence, and we will not disturb it here. Additionally, we agree with the trial court that, whatever bounds are eventually found for the word "adjusting" (which the record abundantly indicates is not commonly used in the trade), "processing" the hair is more than "adjusting" it.

Accordingly, the judgment of the Customs Court is affirmed.

Affirmed.